IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08–cv–01131–EWN–BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Petition for Federal Injunction** [Doc. #2, filed 5/29/08] (the "Petition"). The Petition is STRICKEN.

The Petition is nine pages in length, typewritten, and single-spaced. The local rules of practice for this court require that all papers shall be double-spaced. D.C.COLO.LCivR 10.1E. Accordingly,

IT IS ORDERED that the Petition is STRICKEN. The plaintiff may resubmit his Petition in compliance with the format requirements of Rule 10.1, D.C.COLO.LCivR.

Dated June 12, 2008.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge