IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01131-EWN-BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY, in her individual and official capacity,
MONTROSE COUNTY, a state municipal entity,
CITY and COUNTY OF DELTA, a state municipal entity,
DELTA COUNTY PROBATION DEPARTMENT, a municipal entity, and
STATE OF COLORADO, a state in the UNITED STATES OF AMERICA,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Provide Service of Summons and Complaint Pursuant to Fed.R.Civ.P. Rule 4** [docket no. 4, filed May 29, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED plaintiff is to provide proof of service on all defendants on or before **September 29, 2008**.


DATED: June 12, 2008