IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01131-EWN-BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY, in her individual and official capacity,
MONTROSE COUNTY, a state municipal entity,
CITY and COUNTY OF DELTA, a state municipal entity,
DELTA COUNTY PROBATION DEPARTMENT, a municipal entity, and
STATE OF COLORADO, a state in the UNITED STATES OF AMERICA,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to the Court** [docket no. 12, filed June 26, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED. All court mailings will be sent via regular mail, not certified mail.


DATED: July 2, 2008