IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01131–EWN–BNB

DEAN CARBAJAL,

    Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

    Defendants.

---

## ORDER

---

This matter is before the court on Plaintiff's objections (#11) to the court's referral of this case to a magistrate judge. Plaintiff misunderstands the order of reference. This was not a referral for trial or final adjudication of the merits under 28 U.S.C.A. § 636(c). It was also not a referral which permits to magistrate judge to enter final orders concerning injunctive relief; he may only make recommendations concerning requests for the disposition of such relief. For these reasons, the referral is appropriate. The objections are OVERRULED.

**SO ORDERED.**

Dated this 21st day of July, 2008.

                                              BY THE COURT:

                                              <u>s/ Edward W. Nottingham</u>
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge