IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08–cv–01131–EWN–BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

Defendants.

## ORDER

This matter is before me on two motions filed by the plaintiff (the "Motions"):

1. **Motion for Appointment of Counsel** [Doc. #33]; and

2. **Combined [Motion] to Appoint Counsel & Provide Records**[1] [Doc. #41].

The plaintiff seeks appointment of counsel to represent him in this action. The Court has broad discretion in determining whether to appoint counsel in a civil case. DiCesare b. Stuart, 12 F.3d 973, 979 (10th Cir. 1993). In deciding whether to appoint counsel, the following factors are considered: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present his claims, and (4) the complexity of legal issues

---

[1] To the extent Document #41 requests "a record of all actions taken in this matter," the Clerk of the Court has provided the plaintiff with a copy of the docket sheet. Therefore, the only pending request in Document #41 is a request for appointment of counsel.

raised by the claims. Rucks v. Boergermann, 57 F.3d 978, 979 (10th Cir. 1995).

Here, plaintiff's Complaint amply presents his claims. The factual and legal issues raised by plaintiff's claims are not complex. In addition, the allegations of the Complaint do not convince me that the plaintiff's chances of succeeding on the merits are strong. Accordingly,

IT IS ORDERED that the plaintiff's Motions are DENIED.

Dated September 19, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge