IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08–cv–01131–EWN–BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

Defendants.
_____

## ORDER
_____

This matter is before me plaintiff's **Petition for Copies of Documents Without Payment and Extension of Time** [Doc. # 44, filed 9/22/2008] (the "Motion"). I held a hearing on the Motion on October 17, 2008, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to allow the plaintiff to obtain a copy of his Amended Complaint without payment of a fee. The Clerk of the Court is directed to send to the plaintiff, without charge, a copy of the Amended Complaint [Doc. # 17]; and

DENIED in all other respects.

Dated October 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge