IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08–cv–01131–PAB–BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

Defendants.

## ORDER

This matter is before me on the following papers filed by the plaintiff (the "Papers"):

1. **Motion to Proceed Without Payment & Rehearing** [Doc. #56, filed 10/08/08];

2. **Notice to Court** [Doc. #66, filed 10/28/08];

3. A **Letter** addressed to "Dear Courts" [Doc. #77, filed 11/03/08]; and

4. A **Letter** addressed to the Honorable Philip A. Brimmer [Doc. #81, filed 11/06/08].

In Doc. #56, the plaintiff complains that he is incarcerated in the Jefferson County Jail and that jail officials are preventing him from being able to effect service. In Docs. #66, #77, and #81, the plaintiff complains that Denver County Jail officials are preventing him from being able to effect service. It is clear from the docket sheet that the plaintiff has been released from jail

and that he is currently residing at 12917 East Lafayette St., Thornton, CO. Doc. #107, p. 2, ¶ 1; Docs. #97, #102, #105, and #106. Accordingly, these matters are moot.

In addition, "[a] request for a court order must be made by motion. The motion must . . . state with particularity the grounds for seeking the order; and state the relief sought. . . . The rules governing captions and other matters of form in pleading apply to motions and other papers." Fed.R.Civ.P. 7(b). The plaintiff submits several of his requests to the Court in the form of a letter, not in the form of a motion. Accordingly,

IT IS ORDERED that Docs. #56, #66, #77, and #81 are DENIED AS MOOT.

IT IS FURTHER ORDERED that, in the future, all requests to the Court for relief shall be submitted in the form of a motion.

Dated January 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge