IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08–cv–01131–PAB–BNB

DEAN CARBAJAL,

Plaintiff,

v.

MYRL SERRA, District Attorney for MONTROSE COUNTY,
in her individual and official capacity;
MONTROSE COUNTY, a state municipal entity;
CITY and COUNTY OF DELTA, a state municipal entity;
DELTA COUNTY PROBATION DEPARTMENT, a
municipal entity; and
STATE OF COLORADO, a state in the UNITED STATES OF
AMERICA,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Clarify and Request for Counsel and Jury Trial** [Doc. #100, filed 12/23/08] (the "Motion").

The plaintiff seeks clarification of the status of this case. That request is granted. The Clerk of the Court is directed to send a copy of the docket sheet to the plaintiff with this Order. The plaintiff also seeks appointment of counsel. For the reasons stated in my Order dated September 19, 2008 [Doc. #43], that request is denied. The plaintiff also seeks to commence discovery and schedule a trial date. Those requests are denied. Finally, to the extent the plaintiff requests relief in Civil Action No. 08-cv-2679, the request is denied.

IT IS ORDERED that the Motion is GRANTED to the extent the plaintiff seeks clarification of the status of this case, and DENIED in all other respects.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send a copy of the docket sheet to the plaintiff with this Order.

Dated January 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge